**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00273-REB-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.  GULMARO TORRES-LEON,

        Defendant.

---

**ORDER ALLOWING DISCLOSURE OF THE PRESENCE REPORT TO THE UNITED
STATES PROBATION DEPARTMENT FOR THE DISTRICT OF MONTANA**

---

      THIS MATTER is before the court on request of Linda K. Fischer, United States
Probation Officer, District of Montana, for permission to review the Presentence Investigation
Report prepared in the District of Colorado to assist her in preparation of the presentence
report for the District of Montana.  On further review, the Court

      ORDERS that the presentence report prepared for this court be disclosed and viewed
by Linda K. Fischer, United States Probation Officer, District of Montana; and

      FURTHER ORDERS that the presentence report not be copied or in any way disclosed
beyond the scope of this order.

      DATED at Denver, Colorado, this 10th day of July, 2007.

                    BY THE COURT:

                    s/ Robert E. Blackburn
                    Robert E. Blackburn
                    United States District Judge